UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

SHARON GARCIA,

                Plaintiff,

                                              **Affidavit of Service**

      -against-                                        Case No.: 07 CIV 4777

THE CITY OF NEW YORK,
NEW YORK CITY POLICE
OFFICERS JANE/JOHN DOE #'s 1-7,

                Defendant,
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

Soraya Bonit, Process Clerk
Corporation Counsel for the City of New York
100 Church Street, 4th Floor
New York, New York 10007

      Ms. Bonit is approximately thirty years old. She has black hair. Her height is approximately 5' 5", and her weight is approximately 120 pounds. I delivered the above documents on June 11, 2007 at 1:45 p.m.

Dated: **Brooklyn, NY**
          **June 11, 2007**

                                                  *Nicquan Bannister* (signature)
                                                  By: Nicquan Bannister
                                                  189 Grafton Street, Brooklyn, NY 11212

Sworn to before me this
this ___ day of _____, 2007

_____
NOTARY PUBLIC

                                      DAVID A. ZELMAN
                                  NOTARY PUBLIC, State of New York
                                        No. 02ZE6025678
                                  Qualified in New York County
                                  Commission Expires June 1, 2011