UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SHARON GARCIA,

          Plaintiff,

              NOTICE OF APPEARANCE

   -against-

THE CITY OF NEW YORK, et al.,          07 CV 4777 (LAP)

         Defendants.
-------------------------------------------------------x

SIRS:

      PLEASE TAKE NOTICE that Barry K. Myrvold, Assistant Corporation Counsel, Michael A. Cardozo, Corporation Counsel of the City of New York, hereby appears as attorney for defendant, City of New York.

Dated:  New York, New York
           July 7, 2007

                                Respectfully submitted,

                                MICHAEL A. CARDOZO
                                Corporation Counsel of the City of New York
                                *Attorney for Defendant*
                                CITY OF NEW YORK
                                100 Church Street, Room 3-162
                                New York, New York 10007
                                (212) 788-9391
                                (212) 788-9776 (facsimile)

                                      /s/
                          By:  _____
                                Barry K. Myrvold (BM6908)
                                Special Federal Litigation Division

To:    David A. Zelman, Esq.    By ECF
        *Attorney for Plaintiff*