**LAW OFFICE OF DAVID A. ZELMAN**
612 Eastern Parkway
Brooklyn, New York 11225
(718) 604-3072
Fax (718) 604-3072

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

March 28, 2008

Via Fax: 212-805-7941

Hon. Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2510
New York, NY 10007

        Re: Sharon Garcia v. The City of New York, et al.
        **07CV4777**

Hon. Loretta A. Preska:

    This is a joint application for an extension of the discovery deadline in this matter. Document demands and responses have been served in this matter which have shed some light on the incident which is the subject of this lawsuit. However, the plaintiff's counsel is still attempting to locate the transcript of the warrant application. To date, we are not in receipt of those minutes. Both counsel are not currently aware of which or how many witnesses testified before the issuing magistrate. The undersigned is of the opinion that this information is extremely relevant in order to ascertain what information the issuing magistrate had before it when it issued the warrant at issue in this matter.

    Depositions have not yet been conducted. However, plaintiff is available for her deposition on fairly short notice. Defense counsel has not indicated whether officer who testified before the magistrate is available for a deposition on short notice.

    The parties have discussed a modest settlement in this matter and discussions are continuing.

    Therefore, counsel for the respective parties request that discovery be extended in this matter until May 30, 2008 and that a conference be held sometime in June of 2008. The discovery deadline is currently March 31, 2008 and was not previously adjourned. In addition, counsel request an extension of all other deadlines in this matter, including the deadline to submit a letter to the Court indicating an intention to file a Summary Judgment motion.

    Thank-you in advance for your consideration

Sincerely,

*[Handwritten note:]* A conference will be held on June 17 at 9:00 a.m. No further extensions will be granted without good cause.

March 28, 2008

SO ORDERED

*[Signature]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

                                                      David Zelman, Esq.

To:
Barry Myrvold, Esq
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007